UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy Waldor |
| | : | |
| v. | : | |
| | : | Mag. No.  14-7009 |
| BRYANT RUDD | : | |
| | : | |
| | : | ORDER FOR CONTINUANCE |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Barry A. Kamar, Assistant U.S. Attorney, appearing), and defendant Bryant Rudd (Vincent J. Lapaglia, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter until February 22, 2015, to permit defense counsel the reasonable time necessary for effective preparation in this matter and to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and five prior continuances having been entered, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date of the defendant's arrest, pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)    Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of additional time for effective preparation in this matter;

(2) Both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(3) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this ___ day of December, 2014,

ORDERED that this action be, and hereby is, continued from the date this order is signed through and including February 22, 2015; and it is further

ORDERED that the period from the date this order is signed through and including February 22, 2015, shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HON. CATHY WALDOR
United States Magistrate Judge

2

Form and entry
consented to:

_____

Vincent J. Lapaglia, Esq.
Counsel for defendant Bryant Rudd

_____

Barry A. Kamar
Assistant U.S. Attorney