PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual: Bryant Rudd　　　　　　　　　　　　　　　　　　Cr.: 15-00203-004
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　PACTS #: 365646

Name of Sentencing Judicial Officer:　THE HONORABLE JOSE L. LINARES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:　　THE HONORABLE ESTHER SALAS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/07/2016

Original Offense:　Conspiracy to Distribute and Possess with Intent to Distribute 100 grams or more of Heroin, in violation of 21 U.S.C. § 846, a Class C Felony.

Original Sentence: 70 months' imprisonment, 36 months' supervised release

Special Conditions: Special Assessment, Substance Abuse Testing, Alcohol Treatment, Drug Treatment, Gang Associate/Member, Mental Health Treatment, Education/Training Requirements

Type of Supervision: Supervised Release　　　　　　　　Date Supervision Commenced: 05/21/2021

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **'The defendant shall not illegally use or possess a controlled substance.'** |
| | On June 15, 2021, Rudd reported to the probation office as instructed. The undersigned officer secured a urine specimen, but prior to collection, Rudd admitted to being around individuals who were smoking marijuana. Rudd initially denied using marijuana; however, upon confirmation of the positive urine specimen for marijuana, Rudd admitted to ingesting two (2) puffs of a marijuana cigarette. Rudd was verbally reprimanded for his consumption of marijuana, to which Rudd admitted to a lapse in judgment. |

U.S. Probation Officer Action:

The Probation Office will continue to monitor Rudd and his attendance and compliance with outpatient substance abuse treatment. If he continues to test positive, Rudd's treatment will be increased, and the Court will be notified. Please allow this letter to serve as a formal written reprimand for his positive drug screen.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Erin A. DeSilva*

By: ERIN A. DESILVA
U.S. Probation Officer

/ ead

APPROVED:

*Elisa Martinez*     7/6/21

_____
ELISA MARTINEZ              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer
Hon. Esther Solos, U.S.D.J.

_____
July 7, 2021
Date