PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
## Report on Individual Under Supervision

Name of Individual Under Supervision: Bryant Rudd     Cr.: 15-00203-004
                                                       PACTS #: 365646

Name of Sentencing Judicial Officer:   THE HONORABLE JOSE L. LINARES
                                       CHIEF UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:     THE HONORABLE ESTHER SALAS
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 06/07/2016
Date of Violation Sentence: 11/30/2022

Original Offense:   Conspiracy To Distribute and Possess with Intent to Distribute 100 Grams or more of Heroin, 21 U.S.C § 846
Violation Offense: Committed New Crime

Original Sentence: 70 months imprisonment, 36 months supervised release
Violation Sentence: Continued Supervise Release subject to all previously imposed conditions

Special Conditions: Special Assessment, Substance Abuse Testing/Treatment, Gang Associate/Member, Mental Health Treatment, Consent to Search

Type of Supervision: Supervised Release              Date Supervision Commenced: 05/21/2021

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1                    Mr. Rudd admitted to consuming alcohol daily starting December 31, 2022 until January 5, 2023. Mr. Rudd refused to sign an admission form on January 11, 2023.

U.S. Probation Officer Action:

Mr. Rudd will be referred for substance abuse treatment at Oaks Integrated Care in Montclair, New Jersey. Additionally, the probation office will continue to monitor Mr. Rudd alcohol intake through the utilization of the SMART link device. Any additional non-compliance will be reported to the Court.

Prob 12A – page 2
Bryant Rudd

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Klarissa L. Perry*

By: KLARISSA L. PERRY
U.S. Probation Officer

/kp

APPROVED:

_____   1/23/23
PATRICK HATTERSLEY                 Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer
Hon. Esther Salas, U.S.D.J.

January 24, 2023
Date